UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON WEATHERSPOON

VERSUS

JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, ET AL.

CIVIL ACTION

17-98-SDD-RLB

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 19, 2017. Defendant JPMorgan Chase Bank, N.A. has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion to Remand*[4] is granted and this action shall be remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana the 7 day of June, 2015.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 33.
[3] Rec. Doc. 34.
[4] Rec. Doc. 11.